# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HEATHER BELASIC,

    Plaintiff,

v.                                                  Case No: 8:19-cv-1692-T-36JSS

ASPHALT PAVING SYSTEMS, INC.,

    Defendant.

## ORDER

    The Court has been advised by the Plaintiff's Notice of Settlement (Doc. 6) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED** that this case be **administratively closed** pending receipt, within **sixty (60) days** from the date of this Order, of either a Joint Notice of Voluntary Dismissal, or a Joint Motion to Approve Proposed FLSA Settlement. If the claims were resolved without compromise, a joint motion to approve FLSA settlement is unnecessary. In its place, the parties are directed to file a notice of dismissal indicating that the claims have been resolved without compromise.

    **DONE and ORDERED** at Tampa, Florida this 27th day of August, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record